**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Jay Connor, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | C/A No.: 2:25-cv-1655 DCN |
| Plaintiff, | ) ) | **ORDER** |
| -vs- | ) ) | |
| Reliable Outsourcing, Inc., | ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon plaintiff's motion to amend the complaint.  This motion was filed on March 4, 2026.  According to the docket, no response has been filed to this motion. It is therefore

ORDERED, that the motion to amend the complaint is **GRANTED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

April 8, 2026
Charleston, South Carolina